UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*ELECTRONICALLY FILED*

| | |
|---|---|
| SAFECO INSURANCE COMPANY<br>OF AMERICA<br><br>                *Plaintiff.*<br><br>v.<br><br>GWEN HORTON<br>Serve: Gwen Horton<br>      4307 W. Broadway<br>      Louisville, KY 40211<br><br>and<br><br>BILLY MITCHELL<br>**Serve**: Billy Mitchell<br>      4307 W. Broadway<br>      Louisville, KY 40211<br><br>                *Defendants.* | Civil Action No. 3:23CV-254-BJB |

**COMPLAINT FOR DECLARATORY JUDGMENT**

Comes the Plaintiff, Safeco Insurance Company of America ("Safeco"), by counsel, and for its complaint for declaratory judgment against the Defendants, Gwen Horton and Billy Mitchell ("Mitchell"), states as follows:

## PARTIES

1. Safeco is a company organized, and domiciled, under the laws of the State of New Hampshire, and has its principal place of business is 175 Berkeley Street, Boston, Massachusetts. Therefore, Safeco is a resident of the states of New Hampshire and Massachusetts.

2. Upon information and belief, Defendant Gwen Horton ("Horton") is a resident and citizen of Louisville, Kentucky.

3. Upon information and belief, Defendant Billy Mitchell ("Mitchell") is a resident and citizen of Louisville, Kentucky.

## JURISDICTION AND VENUE

4. Safeco files this action under and pursuant to the Federal Declaratory Judgment Act, 28 U.S.C. § 2201.

5. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a)(1). The matter in controversy exceeds, exclusive of interests and costs, the sum of Seventy-Five Thousand Dollars ($75,000).

6. There is complete diversity of citizenship between Plaintiff and Defendants.

7. Venue in this district is proper under 28 U.S.C. § 1391(a) and (c).

8. An actual case and controversy exists between the parties involving the rights and obligations of the parties under a personal homeowners insurance policy and an umbrella insurance policy issued by Safeco.

9.     Safeco is, therefore, entitled to bring this action for declaratory judgment in this Court.

## THE POLICIES

10.    Safeco issued personal homeowners insurance policy, Policy No.: OK6856673 (the "Homeowners Policy") to Gwen Horton, effective September 27, 2021, to September 27, 2022. The Homeowners Policy is hereby incorporated by reference, as though fully set forth at this point herein in its entirety. A copy of the Homeowners Policy is attached hereto as *Exhibit A*.

11.    Safeco also issued an umbrella insurance policy, Policy No.: UK6856678 (the "Umbrella Policy") to Gwen Horton, effective September 27, 2021, to September 27, 2022. The Umbrella Policy is hereby incorporated by reference, as though fully set forth at this point herein in its entirety. A copy of the Umbrella Policy is attached hereto as *Exhibit B*.

## THE UNDERLYING CLAIM

12.    On or about June 4, 2022, Mitchell was allegedly injured while trimming trees at a home located at 4307 West Broadway, in Louisville, Kentucky.

13.    The property and home located at 4307 West Broadway in Louisville, Kentucky is owned by Safeco's insured, Horton.

14.    Horton is the biological aunt of Mitchell.

15.    Mitchell allegedly suffered bodily injuries as a result of the fall.

16.    Safeco has demanded that Horton and Mitchell cooperate with Safeco to assist it in conducting a good faith investigation of the accident and the injuries in question.

17. Horton gave Safeco an examination under oath on January 4, 2023.

18. Safeco attempted to take Mitchell's examination under oath on April 25, 2023.

19. Mitchell declined Safeco's examination under oath request.

20. As a result of Mitchell's failure to submit to an examination under oath, Safeco is unable to determine whether Mitchell is entitled to coverage under the Homeowners Policy and/or Umbrella Policy.

21. On or about May 4, 2023, Safeco received a demand letter from the law office of Sam Aguiar Injury Lawyers, alleging that Safeco's insured was negligent and therefore responsible for Mitchell's injuries resulting from the June 4, 2022 fall.

## DECLARATORY JUDGMENT

22. Safeco incorporates by reference paragraphs 1 through 21 as if fully set forth at this point herein in their entirety.

23. Under the terms of the Homeowners Policy, Safeco has no duty to provide coverage to Mitchell if he meets the definition of an insured.

24. The Homeowners Policy and the Umbrella Policy exclude bodily injury coverage to insureds.

25. With regard to the Homeowners Policy, "Insured" means the named insured (Gwen Horton) or "so long as you remain a resident of the residence premises, the following residents of the residence premises: (a) your relatives…"

26. With regard to the Umbrella Policy, "Insured" means the named insured or any family member. "Family Member" means "a person related to you by blood,

marriage, civil union, domestic partnership, or adoption whose principal place of residence is the same as yours…"

27. Due to Mitchell's failure to cooperate with Safeco's investigation, a question remains as to Mitchell's residency at the time of his June 4, 2022, fall.

28. Due to Mitchell's failure to cooperate with Safeco's investigation, Safeco has been prejudiced, and cannot properly investigate or adjust the claim.

29. Therefore, Safeco hereby seeks to take discovery on the residency issue so that it can properly evaluate coverage under both the Homeowner's Policy and the Umbrella Policy.

WHEREFORE, the Plaintiff, Safeco Insurance Company of America, by counsel, prays and demands as follows:

1. A declaration that Safeco Insurance Company of America is not obligated to provide bodily injury coverage to Defendant Mitchell for any loss resulting from the incident that occurred on or about June 4, 2022, if discovery so justifies.

2. To otherwise declare all rights and obligations of Safeco Insurance Company of America, if any, under both the Homeowner's Policy and the Umbrella Policy;

3. An award of costs and attorneys' fees, if applicable; and

4. Any other relief as this Court may deem proper and just.

Respectfully Submitted,

/s/Tyler J. Rucker
Charles H. Cassis (KBA #83800)
Tyler J. Rucker (KBA #98910)
Goldberg Simpson, LLC
Norton Commons
9301 Dayflower Street
Prospect, Kentucky 40059
ccassis@goldbergsimpson.com
trucker@goldbergsimpson.com
PH: (502) 589-4440
*Counsel for Plaintiff, Safeco Insurance Company of America*